# Colborne/BP Relationship Document
## 10/3/01

Colborne agrees to enter into an agreement with Boulder Partnerships, LLC (BP) whereby BP is an Exclusive agent to Colborne for the sale of Colborne Flexible Automation Solutions. However, Colborne has certain technology that may not require the sales or technical support of BP, but could be construed as Flexible Automation Solutions. In these cases, Colborne reserves the right to work without BP as an agent.

Under this agreement Colborne will pay Boulder Partnerships, LLC a $2,000 monthly retainer and cover approved expenses, that do not require payback in the event that Colborne nullifies this agreement. This retainer is an advance on future commissions. In addition, Colborne will pay for expenses incurred during the process of selling Colborne Flexible Automation Systems, if approved in advance. These expenses are also paid as advances on future commissions

The following are terms covered under this agreement:

Colborne reserves the right to terminate this agreement with no further liability or responsibility at any time.

All leads given to BP from Colborne for Follow Up require monthly written status reporting.

All baking, and related, industry projects whether discovered by BP or Colborne are considered Colborne projects where Colborne reserves the right to make decisions as to the costing, manufacture, purchase, or distribution of any items related to the project. It is understood that BP has existing systems in the field that may need replication and open quotations with the following companies that shall not be considered automatically "Colborne projects". If these opportunities progress, BP will discuss with Colborne the potential for them to become Colborne projects. This applies to the following companies: Freeds; King Soopers (Colorado); Safeway; Dunbar. With the exception to Freed's, all future projects developed with these companies will be considered "Colborne Projects"

Approval of business travel and expenses are required before they occur

All proposals, estimates and cost breakdowns are to be approved by Colborne before they are discussed or sent to the customer.

All orders will be processed by Colborne Corporation directly with the customer. Unless otherwise agreed upon in writing, BP will earn a flat 10% commission on typical orders.

Any business travel and expenses incurred during visits where BP is representing multiple companies should be divided accordingly.

**EXHIBIT A**

Colborne Exhibit
1

BP acts as a direct employee of Colborne Corporation when talking to prospects in the baking and related industries.

Colborne has existing relationships with many companies. BP is to have approval first, by Rick Hoskins, before contacting any of the following companies in representing Colborne for Flexible Automation:

1. George Weston Bakeries/Bestfoods/Maplehurst
2. Flowers Bakeries/Mrs. Smith's
3. Edwards Baking Company
4. Country Home Bakers
5. Earthgrains/Sara Lee
6. Otis Spunkmeyer
7. Rich Products
8. Multifoods
9. General Mills/Pillsbury
10. Interstate Bakeries Corporation
11. Vicom/Vicorp Restaurants
12. McCain Foods
13. Kroger
14. Sky Chef
15. Publix Supermarkets

Monthly retainer will be increased $1,000 per month for every $1,000,000 of flexible automation sales in the backlog. When the backlog goes below $1,000,000 the retainer goes back to $2,000 per month. After the first few initial installations, Colborne and BP can review the retainer program for possible adjustment.

This agreement covers all pending Colborne or BP projects.

Payment terms

    50% at receipt of order and down payment by Colborne
    50% at completion of project and receipt of final payment by Colborne

Any change orders or modifications to the purchase price (up or down) will be commissioned at the same commission to contract price percentages as the original contract. Colborne will make these additional (or subtraction) commission payments at the completion of project and receipt of final payment.

Termination
Any Flexible Automation projects awarded up to six (6) months after written termination of this agreement will remain valid and covered under this agreement. All commissions will be due to BP on any project covered by this agreement, even if this agreement is terminated.

Disputes
This agreement supercedes all other agreements. A breach of this agreement by BP, 7*
requires that BP repay any unearned advances on commission.

Colborne and BP agree to use and abide by decisions of an independent arbitrator to resolve any disputes. Both parties agree to attempt to utilize standard terms of agreements as published within MANA (the Manufacturers Agents National Association) for any issues not covered under this agreement.

_____
Colborne Signature

R.I. Hoskins
_____
Print Name

10/16/01
_____
Date

_____
BP Signature

Michael A. Weinstein
_____
Print Name

10/17/01
_____
Date