**FILED
FEBRUARY 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Colborne Corporation,
v.
Boulder Partnership, LLC
Kenneth Major and
Michael Weinstein

Case Number: **08 C 977**

**JUDGE NORGLE
MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Colborne Corporation

| Field | Value |
|---|---|
| NAME (Type or print) | Stuart D. Gordon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Stuart D. Gordon |
| FIRM | Gordon & Karr LLP |
| STREET ADDRESS | 150 North Wacker Drive |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 01016857 |
| TELEPHONE NUMBER | 312-377-4450 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ✓  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐  NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐