U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 C 977

Colborne Corporation
v.
Boulder Partnership, LLC,
Kenneth Major and
Michael Weinstein

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Colborne Corporation

| NAME (Type or print) |
| --- |
| John C. Eggert |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John C. Eggert |
| FIRM |
| Gordon & Karr LLP |
| STREET ADDRESS |
| 150 North Wacker Drive, Suite 1650 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06183064 | 312-377-4450 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |