IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLBORNE CORPORATION, | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | |
| and | ) | No. 08 C 977 |
| | ) | |
| BOULDER PARTNERSHP, LLC, | ) | Honorable Charles R. Norgle |
| | ) | Magistrate Judge Nan R. Nolan |
| Respondent. | ) | |

**CLAIMAINT'S MOTION FOR THE ENTRY OF AN ORDER
CONFIRMING FINAL ARBITRATION AWARD**

Petitioner, Colborne Corporation ("Colborne"), by its attorneys, Gordon & Karr LLP, moves this Court pursuant to Sections 6 and 9 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 6, 9, for the entry of an order confirming the arbitration award entered in its favor on December 20, 2007, and clarified on January 29, 2008, and to enter judgment against Boulder Partnership, LLC on that award.  In support of this petition, Colborne states as follows:

1.  Colborne is a corporation doing business in Illinois.

2.  Respondent Boulder Partnership, LLC ("BP") is a Colorado limited liability company with its principal place of business in Colorado.

3.  On February 15, 2008, Colborne filed its petition to confirm an arbitration award, entered in its favor and against BP.

4.  On March 6, 2008, Panos Topolis, attorney for BP, executed a waiver of service of summons.  A copy of the waiver is attached as Ex. 1.

5.  BP's time for answering or responding to the petition has expired. However, no answer has been filed.

6. The subject matter of the underlying arbitration concerns an arbitration conducted before the Honorable Richard E. Neville (Ret.).

7. On December 20, 2007, after receiving and considering post-hearing submissions from both parties, Judge Neville issued an Arbitration Award. A copy of the award attached to Colborne's petition as Ex. B.

8. In his December 20, 2007 Award (Ex. B) Judge Neville found that BP had breached its agreement with Colborne, and he awarded Colborne damages in the amount of $255,202.00. (Ex. B, p. 17)  Judge Neville also found in favor of Colborne on BP's counterclaim.

9. On January 29, 2008, Judge Neville issued his clarification of the final award. A copy of the clarification is attached to Colborne's petition as Ex. C.

10. Colborne seeks the entry of an order confirming the arbitration award, and a judgment in its favor and against BP, in the amount of $255,202.00.

**WHEREFORE**, Colborne Corporation respectfully requests that this Court enter an order and judgment confirming the December 20, 2007 and January 29, 2008 Arbitration Awards.

>Respectfully submitted,
>Colborne Corporation,
>
>
>By:   s/ Stuart D. Gordon
>           One of its Attorneys

Stuart D. Gordon
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois  60606
(312) 377-4450