IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLBORNE CORPORATION, | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | |
| and | ) | No.  08 C 977 |
| | ) | |
| BOULDER PARTNERSHP, LLC, | ) | Honorable Charles R. Norgle |
| KENNETH MAJOR and | ) | |
| MICHAEL WEINSTEIN, | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| Respondents. | ) | |

**NOTICE OF MOTION**

To:   Panos Topolis, Esq.
      Tribler Orpett & Meyer, PC
      225 West Washington Street
      Suite 1300
      Chicago, Illinois 60606-3408

**PLEASE TAKE NOTICE** that on May 16, 2008, at 9:30 a.m., or soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead in Room 2341 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Motion for the Entry of an Order Confirming Final Arbitration Award.**
.

                                        Colborne Corporation,
                                         Plaintiff,


                                    By:    s/Stuart D. Gordon
                                          One of its Attorneys

Stuart D. Gordon
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois  60606
(312) 377-4450

**CERTIFICATE OF FILING OF DOCUMENTS BY ELECTRONIC MEANS**

    I, Stuart D. Gordon, an attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s), electronically using the Electronic Case Filing System for the United States District Court for the Northern District of Illinois on April 29, 2008.

                                                                                   s/ Stuart D. Gordon