IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLBORNE CORPORATION, | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | |
| and | ) | No. 08 C 977 |
| | ) | |
| BOULDER PARTNERSHP, LLC, | ) | Honorable Charles R. Norgle |
| KENNETH MAJOR and | ) | |
| MICHAEL WEINSTEIN, | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, Sydette Macklis, a non-attorney, duly sworn on oath, state that I caused the service of the attached **Notice of Motion** and **Claimant's Motion For The Entry Of An Order Confirming Final Arbitration Award,** filed electronically with the United States District Court for the Northern District of Illinois on April 29, 2007, by placing a copy of same, proper postage prepaid, in the United States mail at 150 North Wacker Drive, Chicago, Illinois, on April 29, 2008, addressed as follows:

> Panos Topolis, Esq.
> Tribler Orpett & Meyer, PC
> 225 West Washington Street
> Suite 1300
> Chicago, Illinois 60606-3408

*Sydette Macklis*

Stuart D. Gordon
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois 60606
(312) 377-4450