

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLBORNE CORPORATION, ) | |
| ) | |
| Claimant, ) | |
| ) | |
| and ) | No. 08 C 977 |
| ) | |
| BOULDER PARTNERSHIP, LLC, ) | Honorable Charles R. Norgle |
| ) | Magistrate Judge Nan R. Nolan |
| Respondent. ) | |

### ORDER

Judgment is entered in favor of claimant Colborne Corporation and against respondent Boulder Partnership LLC, on the arbitration awards entered on December 20, 2007, and January 29, 2008, in the amount of $255,202.00.

IT IS HEREBY ORDERED.

_____
Judge Charles R. Norgle

This _19_ day of 2008.